FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 11 2003

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARA VINEYARD                                                                                    PLAINTIFF

VS.                                    NO.    4:02CV00609 GTE

EWI, INC. AND
JOE WHITESIDE                                                                                    DEFENDANTS

### STIPULATED ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

Counsel having advised the Court that this matter has been settled as to all parties,

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, each party to bear its own costs.

IT IS SO ORDERED this 10th day of March 2003.

_____
~~George~~ Thomas Eisele
United States District Judge

PREPARED BY:

_____
Christopher Gomlicker, Ark. Bar No. 95009
HARRILL & SUTTER, P.L.L.C.
Attorneys at Law
Post Office Box 26321
Little Rock, Arkansas 72221-6321
(501) 224-1050
Attorneys for the Plaintiff

_____
Ms. Elizabeth R. Murray
Friday, Eldredge & Clark
400 W. Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3493
Attorneys for Defendant

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 3-11-03 BY \_\_\_\_\_

g:\doc\vineyard\orddis.doc

1

jh

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

March 11, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:02-cv-00609.

True and correct copies of the attached were mailed by the clerk to the following:

Christopher Gomlicker, Esq.
Harrill & Sutter, P.L.L.C.
310 Natural Resources Drive
Post Office Box 26321
Little Rock, AR   72221-6321

Frankianne Elizabeth Heenan, Esq.
Harrill & Sutter, P.L.L.C.
310 Natural Resources Drive
Post Office Box 26321
Little Rock, AR   72221-6321

Elizabeth Robben Murray, Esq.
Friday, Eldredge & Clark
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR   72201-3493

press, post, GTE

James W. McCormack, Clerk

Date: 3/11/03                    BY: [signature]